IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00432-MSK-MEH

UNITED FINANCIAL CASUALTY COMPANY,

      Plaintiff,

v.

RICHARD LAPP, an individual d/b/a Slick Spot Farm & Truck,
NATIONAL RAILROAD PASSENGER CORPORATION, a District of Columbia corporation d/b/a
Amtrak,
BNSF RAILWAY COMPANY, a Delaware corporation,
W-L ENTERPRISES, LLC, a Kansas limited liability company,
WRIGHT-LORENZ GRAIN CO. INC., a dissolved Kansas corporation,
GARY JORDAN, an individual,
WESTERN HERITAGE INSURANCE COMPANY, an Arizona corporation,
CHRISTOPHER NELSON, an individual,
BRADLEY SWARTZWELTER, an individual, and
JOHN DOES 1 THROUGH 27,

      Defendants.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 26, 2012.**

In light of the filing of the Amended Complaint for Declaratory Relief (docket #34) and
Defendant Richard Lapp's Motion to Dismiss Amended Complaint for Declaratory Relief (docket
#40), Defendant Richard Lapp's Motion to Dismiss the original Complaint [filed April 30, 2012;
docket #22] is **denied as moot**.[1] *See Franklin v. Kansas Dep't of Corr.*, 160 F. App'x 730, 734 (10th
Cir. 2005) ("An amended complaint supersedes the original complaint and renders the original
complaint of no legal effect.") (citing *Miller v. Glanz*, 948 F. 2d 1562, 1565 (10th Cir. 1991)).

---

[1]The Court notes that Defendant Lapp incorporates by reference the brief in support of the
original motion to dismiss into the pending motion to dismiss.  Docket #40 at 2. The Court will
consider such brief in its analysis of the pending motion.