IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00432-MSK-MEH

UNITED FINANCIAL CASUALTY COMPANY,

    Plaintiff,

v.

RICHARD LAPP, an individual d/b/a Slick Spot Farm & Truck,
NATIONAL RAILROAD PASSENGER CORPORATION, a District of Columbia corporation d/b/a Amtrak,
BNSF RAILWAY COMPANY, a Delaware corporation,
W-L ENTERPRISES, LLC, a Kansas limited liability company,
WRIGHT-LORENZ GRAIN CO. INC., a dissolved Kansas corporation,
GARY JORDAN, an individual,
WESTERN HERITAGE INSURANCE COMPANY, an Arizona corporation,
CHRISTOPHER NELSON, an individual,
BRADLEY SWARTZWELTER, an individual, and
JOHN DOES 1 THROUGH 27,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 6, 2013**.

    Plaintiff's Motion to Amend the Scheduling Order to Extend the Discovery Cutoff [filed January 31, 2013; docket #76] is **denied without prejudice** for failure to comply with D.C. Colo. LCivR 6.1D, which requires that any motion for extension of time "state a date certain for the requested extension of time."

    Additionally, the Court notes that Plaintiff states, "[t]he parties are now at the discovery cutoff"; however, the discovery cutoff in this case is March 15, 2013. *See* docket #52.